# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

EDWARD JOHNSTON

*Plaintiff*

v.

SCHNUCK MARKETS, INC.

*Defendant*

Case Number:   3:15-CV-1115-DGW

## JUDGMENT IN A CIVIL ACTION

The Court has ordered that:

☐   Plaintiff, , recover from the Defendant, , the amount of  $, which includes prejudgment interest at the rate of  , plus post-judgment interest at the rate of , along with costs.

☐   Plaintiff recover nothing, the action be dismissed on the merits, and the Defendant recover costs from the Plaintiff .

☒   other:

This action was:

☐   tried by a jury with Judge  presiding, and the jury has rendered a verdict.

☐   tried by Judge  without a jury, and the above decision was reached.

☐   decided by Judge  on a motion for .

☒   other:  Case Settled

JUSTINE FLANAGAN, Acting Clerk of Court

By:   *s/Jackie Payton*
    Deputy Clerk